HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTOPHER E. ROCHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER E. ROCHA,<br><br>Defendant. | Case No.  1:21-cr-0000308-DAD<br><br>**ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Christopher E. Rocha (Fresno County Sheriff's Office JID No. 1661773) shall be released from the Fresno County Jail on Friday, March 4, 2022, at 8:00 a.m. and transported to the SALVATION ARMY Recovery Program, Fresno Adult Rehabilitation Program, located at 804 S. Parallel Ave, Fresno, California, 93721. To ensure his safe transport to the program, the Jail will release Mr. Rocha to the custody of Kevin Mitchel, Federal Defender Office representative. Mr. Mitchel agrees to immediately transport Mr. Rocha to the Salvation Army. In the event that Mr. Rocha is not admitted into the Salvation Army rehabilitation program on March 4, 2022, Mr. Mitchel will return Mr. Rocha to the custody of the United States Marshall. Should he be in custody because he was not admitted on March 4, 2022, Mr. Rocha will be given another opportunity to be transported to the same Salvation Army indicated above, by Kevin Mitchel, on March 9, 2022, at 8:00 a.m.

IT IS SO ORDERED.

Dated: 3/3/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Court Judge

Estrada: Order for Release