HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for the Defendant
CHRISTOPHER ERNEST ROCHA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CHRISTOPHER ERNEST ROCHA,<br><br>                      Defendant. | CASE NO.  1:21-CR-00308 DAD<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; ORDER<br><br>DATE:  June 14, 2022<br>TIME:   2:00 p.m. |

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for defendant CHRISTOPHER ERNEST ROCHA:

1. By previous order, this matter was set for status conference on June 14, 2022 at 2:00 p.m. On March 1, 2022, U.S. Magistrate Judge Grosjean ordered the defendant released to a drug treatment program, among other conditions of release.

2. Salvation Army, where the defendant is participating in treatment, is a 6-month drug rehabilitation program. Mr. Rocha entered into the program on March 4, 2022.  On June 6, 2022,

1

counsel for defendant was informed that Mr. Rocha is participating satisfactorily in the drug treatment program. The parties are now requesting a continuance of the status conference to give Mr. Rocha an opportunity to complete the drug treatment program.

    4.    By this stipulation, the parties now move to continue the status conference to **September 2, 2022 at 2:00 p.m.** before the duty magistrate judge, in order to allow the defendant to continue drug treatment.

IT IS SO STIPULATED.

DATED:    June 6, 2022

    */s/Griffin Estes*
    GRIFFIN ESTES
    Counsel for Defendant
    CHRISTOPHER ERNEST ROCHA

DATED:    June 6, 2022

    */s/ Antonio Pataca*
    ANTONIO PATACA
    Assistant United States Attorney
    Counsel for Plaintiff

### ORDER

Pursuant to the parties' stipulation, the status conference in this matter shall be continued to September 2, 2022 at 2:00 p.m. before the duty magistrate judge, in order to allow the defendant to continue drug treatment.

IT IS SO ORDERED.

Dated:  **June 6, 2022**                 /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE