HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for the Defendant
CHRISTOPHER ERNEST ROCHA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>CHRISTOPHER ERNEST ROCHA,<br><br>                      Defendant. | CASE NO.  1:21-CR-00308 ADA<br><br>STIPULATION TO WITHDRAW SUPERVISED RELEASE VIOLATION PETITION; ORDER<br><br>DATE:  September 16, 2022<br>TIME:   2:00 p.m. |

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for defendant CHRISTOPHER ERNEST ROCHA:

      1.      On March 1, 2022, U.S. Magistrate Judge Grosjean ordered the defendant released to a drug treatment program, among other conditions of release.

      2.      Salvation Army, where the defendant is participating in treatment, is a 6-month drug rehabilitation program. Mr. Rocha entered the program on March 4, 2022.  Mr. Rocha successfully graduated from the program on September 7, 2022. (See Attachment A; Certificate of Completion.) After graduation, Mr. Rocha will reside at his mother's home, a location approved by probation.

1

3. In light of Mr. Rocha's satisfactory completion of the Salvation Army inpatient drug treatment program, the parties now jointly move to withdraw the Supervised Release Violation Petition. ECF Dckt. # 3. Probation has no objection to this request.

4. Mr. Rocha is to remain on the previously ordered terms of Supervised Release.

IT IS SO STIPULATED.

DATED: September 7, 2022

*/s/Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
CHRISTOPHER ERNEST ROCHA

DATED: September 7, 2022

*/s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Counsel for Plaintiff

IT IS SO ORDERED.

Dated: September 8, 2022

UNITED STATES DISTRICT JUDGE

2